UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-81935-RLR

EMILIO PINERO,

                Plaintiff,
v.

LEAVITT MARLENE K TRUST,

                Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

The parties, through undersigned Counsel, hereby notify the Court that they have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties are preparing a formal written settlement agreement and will be filing a stipulation for dismissal with prejudice within 14 days.

Dated this March 14, 2017

| LAUREN N. WASSENBERG, ESQ<br>*Attorney for Plaintiff*<br>1825 NW Corporate Blvd STE 110<br>Boca Raton Florida, 33431<br>Ph: 561-571-0646<br>Email: WassenbergL@gmail.com<br><br>By: s/ Lauren N. Wassenberg<br>Lauren N. Wassenberg, Esq.<br>Florida Bar No. 34083 | TRIPP SCOTT, P.A.<br>Attorneys for Defendants<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, Florida 33301<br>Tel. 954-525-7500<br><br>By:/s/ Catalina M. Avalos<br>Catalina M. Avalos Fla. Bar No. 090425<br>cma@trippscott.com<br>Stephanie C. Mazzola Fla. Bar. No. 77661<br>scm@trippscott.com |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 14th day of March, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg<br>
Lauren Wassenberg, Esq.<br>
Florida Bar: 34083