UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-81935-RLR

EMILIO PINERO,

        Plaintiff,

v.

LEAVITT MARLENE K TRUST,

        Defendant.
_____/

## JONT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel hereby **STIPULATE AND AGREE** that they have settled all matters between them at issue in this cause, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) respectfully request the Court enter an Order Dismissing this cause with Prejudice against all Defendants, with each party to bear its/her own fees, costs, and disbursements and with this Court retaining jurisdiction for enforcement purposes.

AGREED and STIPULATED on this 16th day of March, 2017.

| LAUREN N. WASSENBERG, ESQ<br>*Attorney for Plaintiff*<br>1825 NW Corporate Blvd STE 110<br>Boca Raton Florida, 33431<br>Ph: 561-571-0646<br>Email: WassenbergL@gmail.com<br><br>By: s/ Lauren N. Wassenberg<br>Lauren N. Wassenberg, Esq.<br>Florida Bar No. 34083 | TRIPP SCOTT, P.A.<br>Attorneys for Defendants<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, Florida 33301<br>Tel. 954-525-7500<br><br>By:/s/ Catalina M. Avalos<br>Catalina M. Avalos Fla. Bar No. 090425<br>cma@trippscott.com<br>Stephanie C. Mazzola Fla. Bar. No. 77661<br>scm@trippscott.com |
|---|---|

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 16th day of March 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: s/ Lauren Wassenberg
        Lauren Wassenberg, Esq.
        Florida Bar No.: 34083