UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-CV-81935-RLR

EMILIO PINERO,

    Plaintiff,

v.

LEAVITT MARLENE K. TRUST,

    Defendant.
_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Stipulation of Dismissal at docket entry 16. In light of the fact that this case has been dismissed, it is

    **ORDERED AND ADJUDGED**:

    1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

    2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

    **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 20th day of March, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record